BAR ASSOCIATION OF GREATER CLEVELAND *v.* LITT.

[Cite as Bar Assn. of Greater Cleveland *v.* Litt (1983), 5 Ohio St. 3d 98.]

(D.D. No. 82-36—Decided June 1, 1983.)

*Mr. Avery S. Friedman, Mr. Creighton E. Miller* and *Mr. Phillip J. Campanella,* for relator.

*Messerman & Messerman Co., L.P.A.,* and *Mr. Gerald A. Messerman,* for respondent.

*Per Curiam.* Respondent was found guilty of violating Section 7203, Title 26, U.S. Code. In *Columbus Bar Assn.* v. *Wolfe* (1982), 70 Ohio St. 2d 55 [24 O.O.3d 113], *Cincinnati Bar Assn.* v. *Mittendorf* (1983), 4 Ohio St. 3d 123, and *Ohio State Bar Assn.* v. *Loha* (1983), 4 Ohio St. 3d 190, lawyers who had violated Section 7203, Title 26, U.S. Code, were suspended from the practice of law for a period of one year. We reaffirm those holdings today.

Accordingly, we order that respondent be suspended from the practice of law for one year.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and J.P. CELEBREZZE, JJ., concur.